

FILED
FEB 1 6 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2891

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   CR. NO. 2 1 2 - CR - 0 0 6 0 MCE
                                )
12              Plaintiff,      )   ORDER TO SEAL
         v.                     )   (UNDER SEAL)
13                              )
   SERGEY SHCHIRSKIY, et al.    )
14                              )
                                )
15              Defendants.     )
                                )
16

17      The Court hereby orders that the Indictment, the Petition of
   Assistant U.S. Attorney R. Steven Lapham to Seal Indictment, and
18
   this Order, in the above-referenced case, shall be sealed until the
19
   arrest of the defendant or until further order of the Court.
20

21

22
   DATED: Feb 16, 2012
23
                                    _____
24                                  KENDALL J. NEWMAN
                                    United States Magistrate Judge
25

26

27

28

                                    1