BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                              Plaintiff,

v.

SERGEY SHCHIRSKIY, et. al.,

                              Defendants.

CASE NO.  2:12-CR-0060 TLN

STIPULATION REGARDING
CONINUATION OF STATUS
CONFERENCE AND EXCLUDABLE
TIME PERIODS UNDER SPEEDY
TRIAL ACT; FINDINGS AND ORDER

DATE:  MAY 2, 2013
TIME:  9:00 A.M.
JUDGE: TROY L. NUNLEY

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants

Sergey Shchirskiy, Anton Tkachev, and Nazhmudin Rustamov, by and through their counsel of

record, hereby stipulate as follows:

1.       By previous order, this matter was set for status on May 2, 2013 at 9:00 a.m. before

Judge Morrison England.

2.       By this stipulation, defendants now move to continue the status conference until July

11, 2013, at 9:30 a.m. before Judge Troy Nunley, and to exclude time between May 2, 2013 and July

11, 2013, inclusive, under Local Code T4 (to allow defense counsel time to prepare).  Plaintiff does

1

not oppose this request.

3.      The parties agree and stipulate, and request that the Court find the following:

a.      The government has represented that the discovery associated with this case includes over 1,500 pages of discovery, including investigative reports and bank records and related documents.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b.      Counsel for the defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, and to discuss potential resolutions with their clients.  Counsel for Mr. Rustamov was appointed in March 2013.

c.      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.      The government does not object to the continuance.

e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 2, 2013 to July 11, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of

1   the Speedy Trial Act dictate that additional time periods are excludable from the period

2   within which a trial must commence.

3

4   IT IS SO STIPULATED.

5

6   DATED:        April 25, 2013

7

8                                    /s/ Lee S. Bickley_____
                                     Lee S. Bickley
9                                    Assistant United States Attorney

10  DATED:        April 25, 2013

11                                   /s/    Lee. S. Bickley for_____
                                     Danny D. Brace, Jr.
12                                   Counsel for Defendant Sergey Shchirskiy

13

14  DATED:        April 25, 2013

15                                   /s/   Lee. S. Bickley for _____
                                     Chris Haydn-Myer
16                                   Counsel for Defendant Anton Tkachev

17

18  DATED:        April 25, 2013

19

20                                   /s/   Lee. S. Bickley for _____
                                     Candice L. Fields
21                                   Counsel for Defendant Nazhmudin Rustamov

22

23                                   **O R D E R**

24       IT IS SO FOUND AND ORDERED this 29th day of April, 2013.

25

26

27                                   _____
                                     Troy L. Nunley
28                                   United States District Judge

                                              3