HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
1050 Opportunity Drive, Suite 140
Roseville, California 95678
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
ANTON TKACHEV

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SERGEY SHCHIRSKIY, et al.,<br><br>　　　　Defendants. | Cr.S No. 12-0060-TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; FINDING OF EXCLUDABLE TIME<br><br>Date:　November 13, 2014<br>Time:　9:30 a.m.<br>Court: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants Sergey Shchirskiy, Anton Tkachev, and Nazhmudin Rustamov, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter is set for a status conference on November 13, 2014, at 9:30 a.m., before Judge Troy L. Nunley.

2. By this stipulation, defendants now move to continue the status conference until December 18, 2014, at 9:30 a.m.,

Stipulation and Proposed Order, p. 1

before Judge Troy L. Nunley, and to exclude time between November 13, 2014 and December 18, 2014, inclusive, under Local Code T4 (to allow defense counsel time to prepare).  Plaintiff does not oppose this request.

    3.    The parties agree and stipulate, and request that the Court find the following:

    a.    The government has represented that the discovery associated with this case includes over 1,500 pages of discovery, including investigative reports and bank records and related documents.  The discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b.    Counsel for the defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, and to discuss potential resolutions with their clients.  Counsel for Anton Tkachev has recently been made aware of an issue in the case that may require retaining an expert witness. During the continuous, counsel for Mr. Tkachev will need to contact the expert witness and possibly make a request for an advanced authorization.

    c.    Counsel for defendants believe that failure to grant

the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.    The government does not object to the continuance.

    e.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 13, 2014 to December 18, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///

```
DATED: November 10, 2014    BENJAMIN B. WAGNER
                            Unites States Attorney

                            /s/ Christopher Haydn-Myer for_
                            Heiko P. Coppola
                            Assistant United States Attorney


DATED: November 10, 2014    /s/ Christopher Haydn-Myer for
                            Danny D. Brace, Jr.
                            Counsel for Defendant Sergey Shchirskiy


DATED: November 10, 2014    /s/ _Christopher Haydn-Myer for
                            Candice L. Fields
                            Counsel for Defendant Nazhmudin
                            Rustamov


DATED: November 10, 2014    /s/ Christopher Haydn-Myer
                            Christopher Haydn-Myer
                            Counsel for Defendant Anton Tkachev
```

**O R D E R**

   IT IS SO FOUND AND ORDERED this 10th day of November, 2014.

_____
TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE