CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW
455 Capitol Mall, Suite 802
Sacramento, California  95814
Telephone:   (916) 414-8050
Facsimile:    (916) 790-9450
cfields@candicefieldslaw.com

Attorneys for Defendant NAZHMUDIN RUSTAMOV

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGEY SHCHIRSKIY, et. al.,<br><br>Defendants. | Case No. 2:12-CR-0060 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:  February 19, 2015<br>Time:  9:30 a.m.<br>Judge: Judge Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants Sergey Shchirskiy, Anton Tkachev, and Nazhmudin Rustamov, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 19, 2015, at 9:30 a.m. before Judge Troy L. Nunley.

2. By this stipulation, defendants now move to continue the status conference until April 23, 2015, at 9:30 a.m. before Judge Troy L. Nunley, and to exclude time between February 19, 2015, and April 23, 2015, inclusive, under Local Code T4 (to allow defense counsel time to prepare).  Plaintiff does not oppose this request.

1  STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

3.  The parties agree and stipulate, and request that the Court find the following:

a.  The government has represented that the discovery associated with this case includes over 1,500 pages of discovery, including investigative reports and bank records and related documents.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b.  Counsel for defendant ANTON TKACHEV substituted into this case on January 29, 2015. He, and counsel for all defendants, desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review discovery in this matter, and to discuss potential resolutions with their clients.

c.  Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.  The government does not object to the continuance.

e.  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 19, 2015, to April 23, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

/ / /

                                        Respectfully submitted,

Dated: February 17, 2015        */s/ Candice L. Fields* for
Heiko P. Coppola
Assistant United States Attorney
Attorney for Plaintiff

Dated: February 17, 2015        */s/ Candice L. Fields* for
Danny D. Brace, Jr.
Counsel for Defendant
SERGEY SHCHIRSKIY

Dated: February 17, 2015        */s/ Candice L. Fields* for
Edward Swanson
Counsel for Defendant
ANTON TKACHEV

Dated: February 17, 2015        */s/ Candice L. Fields*
Candice L. Fields
Counsel for Defendant
NAZHMUDIN RUSTAMOV

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for February 19, 2015, is continued to April 23, 2015, at 9:30 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from February 19, 2014, to and including April 23, 2015, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] [Local Code T4].

/ / /

IT IS SO ORDERED.

Dated: February 17, 2015

          Troy L. Nunley  
          United States District Judge