Edward W. Swanson, SBN 159859
eswanson@swansonmcnamara.com
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for Defendant ANTON TKACHEV

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 12-00060-TLN (EFB) |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE** |
| SERGEY SHCHIRSKIY, et al., | |
| Defendants. | |

    Defendant Anton Tkachev, by and through his counsel, Edward. W. Swanson, and the United States of America, by and through its counsel, Assistant United States Attorney Heiko Coppola, hereby submit this stipulated request to modify Mr. Tkachev's conditions of release. The parties agree and stipulate that the conditions of Mr. Tkachev's pre-trial release shall be modified as follows:

    Mr. Tkachev's curfew shall be from 11:00 p.m. to 7:00 a.m. to provide Mr. Tkachev with necessary flexibility for his employment.  In all other respects, the conditions of Mr. Tkachev's pretrial release shall remain the same, as set forth in the Second Amended Conditions of Release, attached hereto as Exhibit A.

Pretrial Services Officer Renee Basurto has no objection to the proposed modification.

**IT IS SO STIPULATED.**

DATED:  March 31, 2015.                                             /s/
                                                                                Heiko Coppola
                                                                                Assistant United States Attorney


DATED:  March 31, 2015.                                             /s/
                                                                                Edward W. Swanson
                                                                                SWANSON & McNAMARA LLP
                                                                                Attorneys for ANTON TKACHEV


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  April 1, 2015.

                                                                                EDMUND F. BRENNAN
                                                                                UNITED STATES MAGISTRATE JUDGE